Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MODESTO I STEAKHOUSE, L.P. dba OUTBACK STEAKHOUSE., et al.,<br><br>　　　　Defendants. | No. 1:22-cv-00186-JLT-SKO<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>(Doc. 12) |

**WHEREAS,** a Mandatory Scheduling Conference in this matter is scheduled for August 23, 2022 at 9:30 a.m., having been continued once previously (Dkt. 9);

**WHEREAS**, on June 28, 2022, Plaintiff Darren Gilbert ("Plaintiff") conducted an inspection of the subject property in order to identify all barriers to his access, and is currently awaiting the results of the inspection from his Certified Access Specialist consultant so that he can make a proposal for settlement of his claims for injunctive relief;

**WHEREAS,** Plaintiff and Defendants Modesto I Steakhouse, L.P. dba Outback Steakhouse and Castle Development & Estate Management LLC (collectively "Defendants," and together with Plaintiff, "the Parties") wish to conserve the Court's resources and counsel's time

that would be spent preparing for and attending the Mandatory Scheduling Conference, as this will also help to facilitate settlement of the matter.

**NOW, THEREFORE,** the Parties, through their counsel of record, hereby stipulate that the Mandatory Scheduling Conference be continued to a date on or after October 25, 2022, at the Court's convenience.

**IT IS SO STIPULATED.**

Dated: August 13, 2022                                              MOORE LAW FIRM, P.C.

                                                                   */s/ Tanya E. Moore*
                                                                   Tanya E. Moore
                                                                   Attorney for Plaintiff,
                                                                   Darren Gilbert

Dated: August 13, 2022                                              BROTHERS SMITH LLP

                                                                   */s/ Tonya D. Hubinger*
                                                                   Tonya D. Hubinger
                                                                   Attorneys for Defendants
                                                                   Modesto I Steakhouse, L.P. and Castle
                                                                   Development & Estate Management LLC

**ORDER**

Pursuant to the parties' above stipulation (Doc. 12), and for good cause shown,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for August 23, 2022, is continued to November 15, 2022, at 9:30 a.m. before Magistrate Judge Sheila K. Oberto.  **By no later than seven days before the conference, the parties shall jointly file either a notice of settlement or an updated scheduling conference report that, in addition to proposing dates, sets forth their settlement efforts.**

IT IS SO ORDERED.

Dated:   **August 17, 2022**              /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE