UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>   Plaintiff,<br><br>   v.<br><br>MODESTO I STEAKHOUSE, LP., doing business as Outback Steakhouse, et al.,<br><br>   Defendants. | No. 1:22-cv-00186-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 21) |

On January 12, 2023, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 21.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 13, 2023**                    /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE